**In the United States District Court**
**For the Central District of Illinois**
**Urbana Division**

| | | |
|---|---|---|
| JENNIFER MORGAN, | ) | |
|       Plaintiff | ) | |
|   v. | ) | Case No. |
| AMEREN ILLINOIS, | ) | |
|       Defendant. | ) | **Jury Trial Demanded** |

**Complaint**

Now Comes the Plaintiff, JENNIFER MORGAN ("Morgan"), by and through her undersigned counsel, John A. Baker, and in support of her complaint against the Defendant, AMEREN ILLINOIS ("Ameren"), states as follows:

**I. Jurisdiction and Venue**

1. Morgan alleges that Ameren violated her rights under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C.A. § 621 et seq. This is a federal statute vesting jurisdiction in this Court under 28 U.S.C. § 1331.

2. Morgan, at the times the incidents giving rise to this litigation occurred, was employed by Ameren in Illinois. The Defendant engages in business in Macon County, Illinois, making venue appropriate in this Court.

**II. Nature of this lawsuit**

3. Morgan maintains this lawsuit against Ameren by alleging that her rights under the ADEA have been violated. Specifically, she contends that her employment was terminated by Ameren on February 14, 2019, because of her age.

### III. Parties

4. Morgan is an adult resident of the State of Illinois. She was previously employed by Ameren.

5. Ameren is a public utility that engages in business in Macon County, Illinois.

6. Ameren is an "employer" as that term is defined by the ADEA.

### IV. Complaint

7. The ADEA provides that it is unlawful for an employer "to discriminate against any individual with respect to [her] compensation, terms, conditions, or privileges of employment, because of such individual's age." 29 U.S.C. § 623(a)(1).

8. Morgan's date of birth is February 6, 1966. At the time Ameren terminated her employment she was in a class of individuals protected from discrimination because of age.

9. Morgan's employment with Ameren was terminated on February 14, 2019.

10. But for Morgan's age, her employment with Ameren would not have been terminated.

11. In terminating Morgan's employment, Ameren violated her rights under the ADEA.

12. As a result of Ameren's actions, Morgan has sustained damages.

13. Morgan timely filed a charge of discrimination with the Equal Employment Opportunity Commission and that charge was assigned case number 21B-2019-00885.

14. Morgan received a notice of right to sue from the EEOC on November 2, 2020, and is initiating this lawsuit in a timely fashion.

Wherefore, Morgan respectfully requests that this Court enter an order finding and providing as follows:

A. An order mandating Ameren to compensate her for the wages and benefits she lost as a result of her termination.

B. Equitable relief in the form of either reinstatement or front pay.

C. Liquidated damages.

D. An award of attorney fees associated with bringing this claim.

E. Any other order that is just and appropriate.

**Morgan requests a jury trial**

Jennifer Morgan

By: /s/ *John A. Baker*
Her Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: jab@bbklegal.com